# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

RIGHT-NOW RECYCLING, INC.,           Case No. 1:11-cv-364
     Plaintiff

                                             Weber, J.
vs                                              Litkovitz, M.J.

FORD MOTOR CREDIT CO., et al.,
     Defendants                                  **ORDER**

This matter is before the Court on defendant Ford Motor Credit Company LLC's motion for an Order compelling plaintiff to produce its corporate tax returns from 2008 through the present. (Doc. 23). At a status conference before the undersigned magistrate judge, the parties informed the Court that this motion has been resolved by the parties. Accordingly, defendant's motion is **DENIED** as moot.

**IT IS SO ORDERED.**

Date: 9/4/12

                                                              Karen L. Litkovitz
                                                              United States Magistrate Judge